SCOTT J. SAGARIA (BAR # 217981)
PATRICK CALHOUN (BAR #56671)
SAGARIA LAW, P.C.
333 W. SAN CARLOS STREET
SUITE 1700
SAN JOSE, CALIFORNIA 95110
(408) 279-2288
(408) 279-2299 FAX

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:

DONNA FLAVETTA,

    Debtor.

Case No. 09-48542 EDJ

Chapter 11

**DEBTOR'S MOTION TO CONVERT TO CHAPTER 7**

Hon. Edward D. Jellen

NO HEARING REQUESTED

    DONNA FLAVETTA (hereinafter Debtor) respectfully requests that the Court convert this case from a Chapter 11 proceeding to a Chapter 7 proceeding. Debtor no longer believes a Chapter 11 restructuring will be successful. Debtor believes a Chapter 7 liquidation is in the best interest of Debtor, the Estate, and her creditors. Debtor's creditors will not be prejudiced by this conversion.

This Motion based upon the notice, this motion, the Declaration of Patrick Calhoun, on the papers and records on file herein, and on such oral and documentary evidence as may be presented at the hearing on the Motion.

          Respectfully submitted:

**SAGARIA LAW, P.C.**

Date: September 10, 2010       /s/ *Patrick Calhoun*
                                              Patrick Calhoun
                                              Attorney for Debtors