SCOTT J. SAGARIA (BAR # 217981)
PATRICK CALHOUN (BAR #56671)
SAGARIA LAW
333 W. SAN CARLOS STREET
SUITE 1700
SAN JOSE, CALIFORNIA 95110
(408) 279-2288
(408) 279-2299 FAX

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>DONNA FLAVETTA<br><br>Debtor. | Case No. 09-48542 EDJ<br><br>Chapter 11<br><br>**DECLARATION OF PATRICK CALHOUN IN SUPPORT OF DEBTOR'S MOTION TO CONVERT TO CHAPTER 7**<br><br>Hon. Edward D. Jellen<br><br>NO HEARING REQUESTED |

## DECLARATION OF PATRICK CALHOUN

I, PATRICK CALHOUN, hereby declare as follows:

Debtor, DONNA FLAVETTA no longer believes she will be able to successfully reorganize under this Chapter 11 Bankruptcy proceeding. Debtor wishes to convert this matter to a Chapter 7 Liquidation proceeding. Conversion to a Chapter 7 proceeding will not prejudice Debtor's creditors.

For all of the reasons set forth above, Debtor's respectfully request that this matter be converted to a Chapter 7 proceeding.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: September 10, 2010        /s/ *Patrick Calhoun*
                                                                        Patrick Calhoun
                                                                        Attorney for Debtor