Form FIND

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re: Donna Flavetta<br>  aka  Donna R. Awtrey<br>  aka  Donna R. Fernandez<br>  aka  Donna R. Piche<br>        Debtor(s) | Case No.: 09–48542 EDJ 7<br>Chapter: 7 |

**FINAL DECREE**

The estate of the above named debtor has been fully administered.

☐ The deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

☑ John Kendall is discharged as trustee of the estate of the above–named debtor and the bond is canceled.

☑ the chapter 7 case of the above–named debtor is closed;

and

☐ Other

Dated: <u>10/7/11</u>                        By the Court:

                                                Edward D. Jellen
                                                United States Bankruptcy Judge