# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 09-48542 MEH  
**Case Name:** FLAVETTA, DONNA  

**Period Ending:** 03/11/12  

**Trustee:** (007360) JOHN T. KENDALL  
**Filed (f) or Converted (c):** 01/11/11 (c)  
**§341(a) Meeting Date:** 02/08/11  
**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | RESIDENCE -CH11<br>    Relief granted | 2,500,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | BANK ACCOUNTS BOA -CH11 | 5,250.00 | 0.00 | DA | 0.00 | FA |
| 3 | HOUSEHOLD GOODS AND FURNISHINGS -CH11 | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | BOOKS AND ART OBJECTS -CH11 | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | JEWELRY -CH11 | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | 20 SHARES OF BOA STOCK -CH11 | 340.20 | 0.00 | DA | 0.00 | FA |
| 7 | 100 % STOCKHOLDER, ELLISTON VINEYARDS, INC -CH11 | Unknown | 0.00 | DA | 0.00 | FA |
| 8 | EQUITY INVEST HAPPY VALLEY RD -CH11<br>    Debt exceeds fmv | 0.00 | 0.00 | DA | 0.00 | FA |
| 9 | EQUITY INVEST KEHAHA HAWAII -CH11<br>    Debt exceeds fmv | 0.00 | 0.00 | DA | 0.00 | FA |
| 10 | ACCTS RECEIVABLES ELLISTON VINEYARDS/LOAN -CH11 | 2,100,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | AMY EMIKO AWTREY TRUST -CH11<br>    Interest in LLC's, debtor states there is no value to the Trust | 0.00 | 0.00 | DA | 0.00 | FA |
| 12 | 2005 NISSAN TITAN -CH11 | 16,000.00 | 0.00 | DA | 0.00 | FA |

Printed: 03/11/2012 12:27 PM   V.12.57

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| Case Number: | 09-48542 MEH | Trustee: | (007360) JOHN T. KENDALL |
|---|---|---|---|
| Case Name: | FLAVETTA, DONNA | Filed (f) or Converted (c): | 01/11/11 (c) |
| | | §341(a) Meeting Date: | 02/08/11 |
| Period Ending: | 03/11/12 | Claims Bar Date: | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 13 | 2001 TOYOTA TUNDRA -CH11 | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 14 | 2005 MERCEDES BENZ -CH11<br>Lease to be surrendered | 0.00 | 0.00 | DA | 0.00 | FA |
| 15 | 50% INTEREST TIME SHARE -CH11 | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 15 | **Assets** **Totals** (Excluding unknown values) | **$4,642,590.20** | **$0.00** | | **$0.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Case open pending review of tax returns and interest in corporations

**Initial Projected Date Of Final Report (TFR):** March 1, 2013     **Current Projected Date Of Final Report (TFR):** March 1, 2013

Case: 09-48542   Doc# 151   Filed: 03/11/12   Entered: 03/11/12 12:31:22   Page 2 of 2     Printed: 03/11/2012 12:27 PM     V.12.57