**UNITED STATES BANKRUPTCY COURT**
**Northern District of California**

| | |
|---|---|
| In Re: Donna Flavetta<br>    aka   Donna R. Awtrey<br>    aka   Donna R. Fernandez<br>    aka   Donna R. Piche<br>          Debtor(s) | Case No.: 09–48542 MEH 7<br>Chapter: 7 |

# FINAL DECREE

The estate of the above named debtor has been fully administered.

☐ The deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

☑ John Kendall is discharged as trustee of the estate of the above–named debtor and the bond is canceled.

☑ the chapter 7 case of the above–named debtor is closed;

and

☐ Other

Dated: <u>3/12/12</u>                                    By the Court:

                                                        M. Elaine Hammond
                                                        United States Bankruptcy Judge